DEPOSITION OF ROBERT A. WHITE, JR.
CONDUCTED ON TUESDAY, FEBRUARY 14, 2012

31 (Pages 121 to 124)

121

1  of the job conditions, how do you think those killed
2  Mr. Halferty?
3         MR. GARLAND: Objection.
4    A   The job site, if the conditions would have
5  been the way they were supposed to, I could have used
6  the forks, picked the beam up, set it up there and set
7  it on there. But it wasn't, so I used the strap to
8  jockey the beam in, to get it up there into place.
9  BY MR. MAHAFFEY:
10   Q   So do you think the job conditions caused
11 the strap to break?
12   A   Overall, yeah, because the strap wouldn't
13 have been used if it wouldn't have been for the job
14 conditions.
15   Q   What else would you have used?
16   A   The forks.
17   Q   You would have used the forklift?
18   A   Yeah, used the forklift, the forks on the
19 forklift to set it up there.
20   Q   Why do you think the strap failed?
21   A   I have no idea.
22   Q   Do you think if you'd used another strap

122

1  that Mr. Halferty wouldn't have died?
2    A   I honestly have no idea.
3    Q   What's your guess?
4         MR. BURGOYNE: Objection.
5    A   I've used straps many times over many years,
6  and that's the first time I had one break.
7  BY MR. MAHAFFEY:
8    Q   Do you think you should have had a new one,
9  brand-new one?
10   A   That was almost new.
11   Q   Well, you said that you'd used it before.
12   A   Yeah, but it was almost new. I mean, you
13 can't -- you can't go out and buy a strap for every
14 job you do. The job, it just don't pay enough, it's
15 not -- I don't know what you call it.
16   Q   But isn't a strap only 60 bucks?
17   A   No, it should -- if you buy one every job,
18 everything leads up. There ain't no money building
19 canopies anymore. That's one reason I'm not doing it,
20 too.
21   Q   Because you're not making enough money?
22   A   You're not making money.

123

1    Q   So the reason that you don't use new straps
2  all the time is because you want to save money?
3         MR. BURGOYNE: Objection.
4    A   The reason is it's not a call to use a new
5  strap every time.
6  BY MR. MAHAFFEY:
7    Q   Because it's too expensive?
8    A   There's no call for it. If the strap is
9  good, why would you buy a new one? Why would you buy
10 a new phone if your phone still worked?
11   Q   Do you think you should have used padding on
12 this job site?
13   A   From what I understand now, yeah, it might
14 have helped.
15   Q   Okay. Who do you think was the last person
16 who could have prevented the accident?
17   A   Me.
18   Q   Did the death of Mr. Halferty have an impact
19 on the overall job in terms of stopping it?
20   A   I -- honestly, I don't know why it would
21 have, but I was not going to go -- continue on with
22 it.

124

1    Q   Okay. So that would necessitate getting
2  somebody else to do your job, right?
3    A   Yes.
4    Q   Okay. So then after, when Mr. Halferty
5  died, did there come a point where you gave a
6  statement to anybody about what happened?
7    A   I'm sure I did.
8    Q   Do you remember?
9    A   No.
10   Q   Okay. Do you remember talking to the Navy
11 people?
12   A   I know I did. And I talked to the police
13 and talked to OSHA, but I don't remember what I said,
14 or what they were asking, or --
15   Q   Okay. Do you remember when you talked to
16 the Navy?
17   A   I know that day or that night I talked to a
18 couple different people. Then the next day I talked
19 to some other ones.
20   Q   Who did you talk to the next day?
21   A   Like I said, I don't -- it might have been
22 the Navy the next day. OSHA was the next day.